IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ALLAN A. PETERSEN,**

    **Plaintiff,**

v.                                Civil Action No. 3:06cv72
                                       (Judge Keeley)

**DOMINIC A. GUTIERREZ, SR.,
S. MCCLINTOCK, OFFICER SANDERS,
OFFICER R. TRYBUS, CAPTAIN ELZA,
OFFICER JUNKINS, WILLIAM LAYHUE,**

    **Defendants.**

## ORDER MOOTING PLAINTIFF'S MOTION FOR
## PRODUCTION OF DOCUMENTATION AND FOR EXTENSION OF TIME

This civil rights action was dismissed by Order entered March 30, 2007. On April 5, 2007, the pro se plaintiff, Allan Petersen ("Petersen"), filed a Notice of Appeal. On May 8, 2007, the Fourth Circuit granted Petersen permission to proceed as a pauper on appeal. The dismissal of this case was affirmed on appeal on November 21, 2007.

Pending before this Court is Petersen's Motion for Production of Documentation and for an Extension of Time, filed on April 23, 2007. In the motion, Petersen requests the Court send him the documentation for proceeding in forma pauperis on appeal and grant him an extension of time to file the completed forms.

For the reasons noted above, Petersen's Motion for Production of Documentation and for an Extension of Time (dckt. 68) is **DENIED as moot.**

**PETERSEN v. GUTIERREZ, et al.**                          3:06cv72

**ORDER MOOTING MOTION FOR PRODUCTION AND TO EXTEND TIME**

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this Order to counsel of record, as applicable, and to the pro se plaintiff by certified mail.

DATED: December 10, 2007.

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE